[No. 71161-0-I. Division One. June 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SENAI DENNIS HANKERSON, *Appellant*.

*Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 71420-1-I. Division One. June 22, 2015.]

BELLA ACHARYA, *Respondent*, v. MICROSOFT CORPORATION, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J. Now published at 189 Wn. App. 243.

[No. 71425-2-I. Division One. June 22, 2015.]

ANNE K. BLOCK, *Appellant*, v. THE CITY OF GOLD BAR, *Respondent*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ. Now published at 189 Wn. App. 262.

[No. 71449-0-I. Division One. June 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN RICHARD HUBBARD, *Appellant*.

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.